UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| RICHARD GRANADOS,<br><br>　　　　　　　　　Petitioner,<br>v.<br>RENEE BAKER, *et al.*,<br>　　　　　　　　　Respondents. | Case No. 3:20-cv-00427-MMD-WGC<br><br>ORDER |

　　　Good cause appearing, it is hereby ordered that Respondents' first Motion for Enlargement of Time (ECF No. 5) is granted. Respondents have until January 8, 2021, to answer or otherwise respond to the petition for writ of *habeas corpus* in this case.

　　　DATED THIS 4th Day of November 2020.

　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　MIRANDA M. DU
　　　　　　　　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE