UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| RICHARD GRANADOS,<br><br>　　　　　　Petitioner,<br>　v.<br>RENEE BAKER, *et al.*,<br><br>　　　　　　Respondents. | Case No. 3:20-cv-00427-MMD-WGC<br><br>ORDER |

Good cause appearing, it is hereby ordered that Petitioner Richard Granados's unopposed motion for extension of time (ECF No. 11) is granted.[1] Petitioner has until February 18, 2021, to oppose Respondents' motion to dismiss (ECF No. 7).

DATED THIS 20th Day of January 2021.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE

---

[1] Any future requests for extension of time must fully comply with the Local Rules of Practice and, in particular, LR IA 6-1:

> A motion or stipulation to extend time must state the reasons for the extension requested and must inform the court of all previous extensions of the subject deadline the court granted. (Examples: "This is the first stipulation for extension of time to file motions." "This is the third motion to extend time to take discovery.") . . . Immediately below the title of the motion or stipulation there also must be a statement indicating whether it is the first, second, third, etc., requested extension, i.e.:
>
> **STIPULATION TO EXTEND TIME TO FILE MOTIONS**
> **(First Request)**

LR IA 6-1(a).