# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| RICHARD GRANADOS,<br><br>     Petitioner,<br> v.<br><br>RENEE BAKER, *et al.*,<br><br>     Respondents. | Case No. 3:20-cv-00427-MMD-WGC<br><br>ORDER |

Good cause appearing, it is hereby ordered that Respondents' unopposed first motion for extension of time (ECF No. 14) is granted. Respondents have until March 4, 2021 to file a reply in support of the motion to dismiss (ECF No. 7).

DATED THIS 12th Day of February 2021.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE