UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| RICHARD GRANADOS,<br><br>　　　　　　Petitioner,<br>　v.<br>RENEE BAKER, *et al.*,<br><br>　　　　　　Respondents. | Case No. 3:20-cv-00427-MMD-WGC<br><br>ORDER |

Good cause appearing, it is hereby ordered that Respondents' unopposed first motion for enlargement of time (ECF No. 20) is granted. Respondents have until March 4, 2022, to file their answer to the petition for writ of habeas corpus.

DATED THIS 19th Day of January 2022.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE