UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

RICHARD GRANADOS,

                                    Petitioner,

            v.

RENEE BAKER, *et al.*,

                                    Respondents.

Case No. 3:20-cv-00427-MMD-CSD

ORDER

Good cause appearing, it is hereby ordered that Respondents' unopposed second motion for enlargement of time (ECF No. 23) is granted. Respondents have until April 4, 2022, to file their answer to the petition for writ of habeas corpus.

DATED THIS 24th Day of March 2022.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE