UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RICHARD GRANADOS,<br><br>       Petitioner,<br> v.<br><br>STATE OF NEVADA; RENEE BAKER, WARDEN,<br><br>       Respondents. | Case No. 3:20-cv-00427-ART-CSD<br><br>ORDER |

Good cause appearing, it is hereby ordered that Respondents' unopposed fourth motion for enlargement of time (ECF No. 28) is granted. Respondents have until April 25, 2022, to file their answer to the petition for writ of habeas corpus.

DATED THIS 10th day of May 2022.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

1