UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RICHARD GRANADOS,<br><br>       Petitioner,<br> v.<br>TIM GARRETT,[1] *et al.*,<br><br>       Respondents. | Case No. 3:20-cv-00427-ART-CSD<br><br>ORDER |

  Upon review of the exhibits filed in this matter, it appears the parties failed to fully comply with the redaction requirements of LR IC 6-1(a)(1), (2), (3) and (5). (*See* ECF Nos. 1-1 at 73–74, 77–81, 92–93, 103–04; 1-2 at 93–96; 1-5 at 220; 1-6 at 117–18; 1-7 at 126, 168, 218–19, 233, 268–69; 8-1 at 5.) Compelling reasons exist to seal these documents as they contain personal-data identifiers, and the parties cannot change their filings.

  LR IC 6-1(a)(1) states "[i]f an individual's Social Security number must be included, only the last four digits of that number should be used." LR IC 6-1(a)(2) states "[i]f the involvement of a minor child must be mentioned, only the initials of that child should be used." LR IC 6-1(a)(3) states "[i]f an individual's date of birth must be included, only the year should be used." LR IC 6-1(a)(5) states "[i]f a home address must be included, only the city and the state should be listed." *See also* LR IC 7-1.

  **IT IS THEREFORE ORDERED** that within 10 days of the date of the entry of this order Petitioner must file redacted publicly available copies of the

---

[1] According to the state corrections department's inmate locator page, Granados is incarcerated at Lovelock Correctional Center (LCC). The department's website reflects Tim Garrett is the warden for that facility. Lovelock Correctional Center Facility | Nevada Department of Corrections (nv.gov). The Court will therefore direct the clerk of the court to substitute Tim Garrett for respondent Renee Baker under Rule 25(d) of the Federal Rules of Civil Procedure.

documents filed as ECF Nos. 1-1; 1-2; 1-5; 1-6; and 1-7, in compliance with LR IC 6-1(a)(1)–(5).

**IT IS FURTHER ORDERED** that within 10 days of the date of entry of this order Respondents must file a redacted publicly available copy of the document filed as No. 8-1, in compliance with LR IC 6-1(a)(3).

**IT IS FURTHER ORDERED** that the clerk of the court shall seal the documents filed as ECF Nos. 1-1; 1-2; 1-5; 1-6; 1-7; and 8-1.

**IT IS FURTHER ORDERED** that the clerk of the court is directed to substitute Tim Garrett for Respondent Renee Baker.

DATED THIS 26th day of October 2022.

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

2