UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RICHARD GRANADOS,<br><br>    Petitioner,<br>v.<br>TIM GARRETT, *et al.*,<br>    Respondents. | Case No. 3:20-cv-00427-ART-CSD<br><br>Order Granting Unopposed Request for Extension of Time to Submit Additional State-Court Record Items<br><br>**[ECF No. 36]** |

Good cause appearing, it is hereby ordered that Petitioner's first unopposed motion for a 45-day extension of time to submit additional state-court record items (ECF No. 36) is granted. Petitioner has until December 8, 2023, to submit additional state-court record items pursuant to this Court's invitation to do so (ECF No. 35).

DATED THIS 26th day of October 2023.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

1